This document was signed electronically on July 6, 2015, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated:  July 6, 2015



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

B13-00935                          EAB\rjs

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT
### EASTERN DIVISION - AKRON

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ANDREW S. WIECHEC | ) | CASE NO. 13-51914 |
| | ) | |
| Debtor | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| | ) | PROPERTY ADDRESS: |
| | ) | ** 2925 Work Road |
| | ) | Ravenna, Ohio 44266 |

**STIPULATED ORDER GRANTING CONDITIONAL RELIEF FROM STAY AND CO-DEBTOR STAY TO NATIONSTAR MORTGAGE LLC**
**(Re: Motion for Relief from Stay-Doc #32)**

This matter came on for consideration before this Court upon the Motion for Relief from Stay and Co-Debtor Stay (Document #32), filed with this court on March 2, 2015, which was scheduled for hearing on April 30, 2015, filed on behalf of NATIONSTAR MORTGAGE LLC, hereinafter referred to as "MOVANT", a creditor holding a secured claim on real property owned by the

Debtor herein, Andrew S. Wiechec, said property being commonly known as 2925 Work Road Ravenna, Ohio 44266, as more fully described in Exhibit "A" as attached hereto and made a part hereof.

The Court finds that on March 30, 2015 the Debtors filed an Objection to the Motion of the creditor (Document #35) and the parties have now entered into an agreement in settlement of the Motion to Remove Stay as more fully set forth herein.

The Court further finds that the Co-Debtor, Mary R. Wiechec, has failed to respond to the Motion and the Motion should be granted, granting the Movant relief from stay as to said co-debtor.

It is, therefore, the Order of this Court that the Debtors shall recommence post-petition payments directly to Movant beginning with the July 1, 2015 payment, and said payments shall be sent to the following address: Nationstar, 350 Highland Dr, Lewisville, TX 75067.

It is further the Order of this Court that leave is granted to file a Supplemental Proof of Claim in the amount of $6,347.88 for the delinquent post-petition escrow payments for the months of December 2013 through May 2015 at $352.66 each.

IT IS SO ORDERED.

APPROVED BY:



/s/ Edward A. Bailey
REIMER, ARNOVITZ, CHERNEK &
JEFFREY CO., L.P.A.
Edward A. Bailey #0068073
Scott P. Ciupak #0076117
Cynthia A. Jeffrey #0062718
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
ebailey@reimerlaw.com



APPROVED BY:



/s/ Timothy Hart
Timothy Hart
136 N. Water Street, # 209
Kent, Ohio 44240
Phone No. (330) 673-4181
Attorney for Debtor


APPROVED BY:



/s/ Keith L. Rucinski, TRUSTEE
Keith L. Rucinski, Esq.
CHAPTER 13 TRUSTEE
Ohio Reg. No. #0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone No. 330-762-6335
Email: krucinski@ch13akron.com
Fax No. 330-762-7072

**LIST OF PARTIES TO BE SERVED**

Served electronically via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

1. Office of the U.S. Trustee

2. Keith Rucinski, Trustee
   krucinski@ch13akron.com

3. Timothy Hart, Esq.
   bankruptcyfiles@wmconnect.com
   Attorney for Debtor

4. Edward A. Bailey, Esq.
   bknotice@reimerlaw.com
   Attorney for Movant

Served by mailing the same by ordinary U.S. mail, postage prepaid, to the persons listed below:

5. Andrew S. Wiechec, Debtor
   2925 Work Road
   Ravenna, Ohio 44266

6. Portage County Treasurer's Office
   County Administration Building
   449 South Meridian Street
   Ravenna, Ohio 44266

7. Mary R. Wiechec, Co-Debtor
   2925 Work Road
   Ravenna, Ohio 44266

Prepared by: J. BROOKS

**COUNTRYWIDE HOME LOANS, INC.**
BRANCH #0000189
911 GRAHAM ROAD
CUYAHOGA FALLS, OH 44221-
(330)920-1117
Br Fax No.: (330)920-1512

DATE: 06/06/2003
CASE #:
DOC ID #:
BORROWER: ANDREW S WIECHEC
PROPERTY ADDRESS: 2925 WORK ROAD
RAVENNA, OH. 44266-

LEGAL DESCRIPTION EXHIBIT A

EXHIBIT "A"

Situated in the Township of Shalersville, County of Portage and State of Ohio and known as being Sublot Number 7 of the Country Estates Subdivision as platted, numbered and recorded in Plat 91-4 of the Portage County Records of Plats.

Excepting real estate taxes and assessments, both general and special, which shall be pro-rated on the date of transfer and shall thereafter be assumed and paid by the Grantees, easements and leases of record, building restrictions and zoning regulations.

FHA/VA/CONV
Legal Description Exhibit A
1C4041XX (11/02)